**Krzysztof F. WOLINSKI, Plaintiff–Appellant,**

v.

**Jennifer P. SHAFFER; Jerry Brown, Defendants–Appellees.**

**No. 15–16685**

United States Court of Appeals, Ninth Circuit.

Submitted September 13, 2016 *

Filed September 19, 2016

Krzysztof F. Wolinski, Stockton, CA, Pro Se.

18. *See supra* n. 17.

Before: HAWKINS, N.R. SMITH, and HURWITZ, Circuit Judges.

MEMORANDUM **

Krzysztof F. Wolinski, a California state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging that defendants violated his constitutional rights and the Convention on the Transfer of Sentenced Persons by failing to transfer him to a Polish prison. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915A. *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir. 2000). We affirm.

The district court properly dismissed Wolinski's action because Wolinski failed to allege facts sufficient to state any plausible claims. *See Hebbe v. Pliler,* 627 F.3d 338, 341–42 (9th Cir. 2010) (although pro se pleadings are construed liberally, a plaintiff must present factual allegations sufficient to state a plausible claim for relief); *see also West v. Atkins,* 487 U.S. 42, 48, 108 S.Ct. 2250, 101 L.Ed.2d 40 (1988) (elements of a claim under 42 U.S.C. § 1983); *Meachum v. Fano,* 427 U.S. 215, 225, 96 S.Ct. 2532, 49 L.Ed.2d 451 (1976) (prisoners have no liberty interest under the Due Process Clause of the Fourteenth Amendment in a transfer).

The district court did not abuse its discretion by dismissing the complaint without leave to amend because amendment would have been futile. *See Cervantes v. Countrywide Home Loans, Inc.,* 656 F.3d 1034, 1041 (9th Cir. 2011) (setting forth

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

standard of review and explaining that district court may dismiss without leave to amend when amendment would be futile).

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.